# United States District Court

## DISTRICT OF NEVADA

2007 JUN 13 AM 11:08

UNITED STATES OF AMERICA
V.

**CRUZ RODRIGUEZ**

U.S. ... JGE
BY.

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:07-mj-375-PAL

,

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **01/23/2007** in **Clark** county, in the _____ District of **Nevada** defendant(s), did:
knowingly, willingly, unlawfully, and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Mexico or other destinations unknown after committing the felony crimes of three counts of Murder with a Deadly Weapon, which is a violation of Nevada Revised Statute (NRS) 200.030.

in violation of Title **18** United States Code, Section(s) **1073**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
On 12/24/2006, Cruz Rodriguez, born 05/31/1977, entered trailer #29 located at 4324 E. Lake Mead, Las Vegas, Nevada. Sometime thereafter, several gunshots were heard coming from inside the trailer. Rodriguez and another unidentified male exited the trailer and fled the scene in Rodriguez' pick up. Police responded to the scene and found two males who were dead at the scene due to gun shot wounds. A third victim was transported to University Medical Center and died shortly thereafter as a result of gunshot wounds.

On 01/23/2007, Las Vegas Justice Court issued an arrest warrant charging Rodriguez with three counts of Murder with a Deadly Weapon. Shortly after the issuance of the warrant, interviews were conducted by the Las Vegas Metropolitan Police Department and the FBI of known friends and family members of Rodriguez. Both friends and family members advised law enforcement that Rodriguez fled to Mexico. Rodriguez' father and mother also currently reside in Mexico.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

By _____

6/13/07
Date

**PEGGY A. LEEN**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

T. SCOTT HENDRICKS III
Special Agent, FBI
Las Vegas, Nevada

Las Vegas, Nevada
at _____
City and State

Signature of Judicial Officer